1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8    BRIAN SUM,

9              Petitioner,              No. CIV S-09-2811 GGH P

10       vs.

11   KEN CLARK, Warden,[1]

12

             Respondent.              ORDER
13   _____/

14        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

15   habeas corpus pursuant to 28 U.S.C. § 2254.[2]  Petitioner has paid the filing fee.

16        Since petitioner may be entitled to the requested relief if the claimed violation of

17   constitutional rights is proved, respondents will be directed to file a response to petitioner's

18   application.

19   \\\\\

20   _____

21       [1]  A petitioner for habeas corpus relief must name the state officer having custody of him or
     her as the respondent to the petition.  This person typically is the warden of the facility in which the
22   petitioner is incarcerated. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir.1992)." Stanley
     v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll.
23   § 2254).  Failure to name the petitioner's custodian as a respondent deprives federal courts of
     personal jurisdiction. Id.; Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989). In the instant action,
24   petitioner improperly named the Northern District of California as respondent.  The court has
     substituted in, as respondent, the name of the warden of the facility wherein petitioner is currently
25   incarcerated, California Substance Abuse Treatment Facility and State Prison.

26       [2]  This petition, filed on June 12, 2009, in the Northern District was transferred to this
     Eastern District court, on October 8, 2009, by Order, filed on October 7, 2009.

                                    1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to substitute the name of the proper

3 respondent, Warden Ken Clark, in place of the Northern District of California, in the case docket.

4    2.  Respondents are directed to file a response to petitioner's application within

5 sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

6 shall be accompanied by any and all transcripts or other documents relevant to the determination

7 of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

8    3.  Petitioner's reply, if any, shall be filed and served within thirty days of service

9 of an answer;

10    4.  If the response to petitioner's application is a motion, petitioner's opposition or

11 statement of non-opposition shall be filed and served within thirty days of service of the motion,

12 and respondents' reply, if any, shall be filed within fifteen days thereafter; and

13    5.  The Clerk of the Court shall serve a copy of this order, *the*

14 *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

15 together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.

16 § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

17 DATED: October 26, 2009

18

19    /s/ Gregory G. Hollows

20    GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

21 GGH:009/mp
   sum2811.100feeggh

22

23

24

25

26

2