EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
BRIAN G. SMILEY, State Bar No. 180658
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5286
 Fax: (916) 324-2960
 E-mail: Brian.Smiley@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRIAN SUM,** | Case No. 2:09-cv-2811 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for 30 days to prepare an Answer to the Petition is hereby GRANTED.

Dated: January 5, 2010                         /s/ Gregory G. Hollows
                                             _____
                                             The Honorable Gregory G. Hollows

Sum2811.eot

1