IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SUM,

      Petitioner,                    No. 2: 09 - cv - 2811 WBS TJB

   vs.

KEN CLARK, Warden

      Respondent.                 <u>ORDER</u>

_____/

     Petitioner Brian Sum is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254.  In Claim Two of his petition, Petitioner argues that he "could not be lawfully convicted for shooting a firearm in a grossly negligent manner COUNT 6 because it is a lesser included offense of shooting a firearm at an occupied building."  Respondent answered the petition on January 25, 2010.  In the Answer, Respondent construed Claim Two as a state law claim and a due process claim.  However, Claim II might be construed as a Double Jeopardy claim.

     Accordingly, IT IS HEREBY ORDERED that:

1.    Respondent has fourteen (14) days to supplement his Answer in the event that this Court construes Claim Two as also raising a Double Jeopardy claim; and

2.    No extensions of time will be given to Respondent to supplement his Answer

1 | pursuant to this Order.
2 | Dated: September 30, 2010

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE