IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SUM,

    Petitioner,                    2: 09 - cv - 2811 - WBS TJB

    vs.

KEN CLARK, Warden

    Respondent.                <u>ORDER</u>

_____/

    Petitioner, a state prisoner, is proceeding with a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 11, 2011, counsel was appointed for Petitioner for the limited purpose of either filing a motion to stay and abey these proceedings on behalf of Petitioner or informing the Court that Petitioner wishes to move forward with his federal habeas petition on his exhausted claims. On April 12, 2011, Petitioner filed a motion to stay these proceedings. Accompanying the motion was a notice of motion which listed May 18, 2011 at 10:00 a.m. as the date and time upon which Petitioner would "move for an order to stay and hold these proceedings in abeyance pending the exhaustion of available state court remedies." (<u>See</u> Dkt. No. 32 at p. 1.) On April 26, 2011, Respondent filed a response to Petitioner's motion to stay. (<u>See</u> Dkt. No. 33.)

    The parties are hereby informed that the undersigned is unavailable on May 18, 2011. As

1

such, the notice of motion for May 18, 2011 will be vacated.  Petitioner shall be given twenty-one (21) days from the date of this Order which to file a reply to Respondent's response should he so desire.  Furthermore, the matter will be deemed submitted upon the record and the briefs on file pursuant to Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall have twenty-one (21) days from the date of this Order to file a reply brief should he so desire;

2. Petitioner's notice of motion for May 18, 2011 is hereby VACATED due to the undersigned's unavailability; and

3. Pursuant to Local Rule 230(g), the motion to stay (Dkt. No. 32) will be deemed submitted upon the record and the briefs on file subject to the power of this Court to reopen the matter for further briefs or oral argument or both.

DATED:  April 26, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE