IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SUM,

    Petitioner,                           2: 09 - cv - 2811 WBS TJB

    vs.

KEN CLARK, Warden

    Respondent.                        <u>ORDER</u>

_____/

      Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 11, 2011, the Federal Defender was ordered to represent Petitioner "for the limited purpose of assisting Petitioner decide whether to file a motion to stay and abey this federal habeas proceeding or move forward with the instant federal habeas petition on his exhausted claims."  (Dkt. No. 24. at p. 2.)  Thereafter, Ann C. McClintock, Assistant Federal Defender filed her notice of appearance on behalf of the Petitioner.  (<u>See</u> Dkt. No. 26.)  Petitioner then filed a motion to stay and abey the proceedings pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005) on April 12, 2011.  (<u>See</u> Dkt. No. 32.)  The motion was denied on September 28, 2011. (<u>See</u> Dkt. No. 40.)  Having completed the limited purpose for which she was appointed, the Assistant Federal Defender's request to be terminated as Petitioner's counsel shall be granted and Petitioner shall return to pro se status.

Accordingly, IT IS HEREBY ORDERED that:

1. The Assistant Federal Defender's request to be terminated from the case and have Petitioner returned to pro se status (Dkt. No. 42.) is GRANTED; and

2. The Clerk is ordered to send a copy of the Findings and Recommendations (Dkt. No. 41) along with a copy of this Order to the pro se Petitioner at the following address: Brian Sum, F-20945, CSP Solano, P.O. Box. 4000, Vacaville, CA 95696-4000.

DATED: June 29, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE